# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 21, 2005

*Before*

**Hon.** ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff-Appellee,<br>      Cross-Appellant, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| Nos. 03-3297 and 03-3412    v. | ]<br>] No. 02 CR 892 |
| ENAMM M. ARNAOUT,<br>      Defendant-Appellant,<br>      Cross-Appellee. | ]<br>]<br>] Suzanne B. Conlon, Judge. |

Upon consideration of the **GOVERNMENT'S MOTION TO AMEND THE OPINION**, filed on December 12, 2005, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The opinion is modified as follows: on page eight of the slip copy, the word "domestic" is omitted from the section heading, the second line of the new section, and the eleventh line of the section heading.